STATE OF NEW JERSEY v. AMBROSE POPP.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER FOSBRE.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH J. SMITH.

November 21, 1986.

Petition for certification denied.

KATHLEEN EGID v. EUGENE EGID.

November 21, 1986.

Petition for certification denied.